# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR BCAT 2015-14BTT,<br><br>    Petitioner,<br><br>v.<br><br>LINDA M. MARCHI,<br><br>    Respondent,<br><br>  and<br><br>EVERSOURCE ENERGY SERVICE COMPANY, successor-by-merger to NSTAR ELECTRIC & GAS CORPORATION, EPOCH SENIOR HEALTHCARE OF WESTON, LLC, CAPITAL ONE BANK (USA), N.A., COMMONWEALTH OF MASSACHUSETTS, UNITED STATES INTERNAL REVENUE SERVICE, and BANK OF AMERICA, N.A.,<br><br>    Parties-in-Interest. | Civil Action No. 1:17-cv-11673 |

## DEFAULT JUDGMENT

Respondent Linda M. Marchi and Parties-in-Interest, Eversource Energy Service Company, successor-by-merger to NSTAR Electric & Gas Corporation, Capital One Bank (USA), N.A., the Commonwealth of Massachusetts, and United States Internal Revenue Service, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Petitioner, Wilmington Savings Fun Society, FSB d/b/a Christiana Trust, not individually but as Trustee for BCAT 2015-14BTT ("Petitioner"), and affidavits demonstrating that Linda M. Marchi breached a condition of the Mortgage; that

Petitioner is entitled to enforce the Note despite its lack of possession of the original Note, which has been lost or mislaid; that Petitioner is the holder of the Mortgage, is acting on behalf of Bank of America, N.A., the Note holder, and is entitled to enforce the terms, conditions, and remedies provided for in those instruments; and that defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED, AND DECREED that Petitioner is authorized and approved for the foreclosure of the Mortgage relating to the real property known as 8 Colburn Street, Burlington, Massachusetts.

Dated: 12/20/2018

By the Court,

/s/ Taylor Halley
Deputy Clerk

Form of order approved by:

/s/ George A. O'Toole, Jr.
United States District Judge